IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**KRISTIE SIX**, on behalf of herself and all others similarly situated,

    *Plaintiff*,

v.   Case No. 5:21-cv-00451

**LOANCARE, LLC,**
**And LAKEVIEW LOAN SERVICING, LLC.**,

  Defendant.

## PLAINTIFF'S UNOPPOSED MOTION
## FOR PRELIMINARY APPROVAL OF SETTLEMENT
## AND ENTRY OF SCHEDULING ORDER

Plaintiff Kristie Six, by counsel and on behalf of the proposed settlement class, respectfully submits the above-styled motion and requests the following:

(1)   That the Court enter an order preliminarily approving the Parties' proposed Settlement Agreement (the "Settlement Agreement") attached as Exhibit A, which order, *inter alia* (i) provisionally certifies the proposed settlement class for settlement purposes only; (ii) appoints Plaintiff as class representative and Plaintiff's counsel as class counsel; (iii) approves the form, manner, and content of class notice and the procedures for settlement class members to opt out or object; and (iv) approves ILYM as the settlement administrator,

(2)   That the Court establishes a schedule to complete the tasks necessary to effectuate the proposed settlement, and

(3)   That the Court continues to stay the action pending Final Approval of the Settlement (except that the stay of proceedings shall not prevent the filing of any motions,

declarations, and other filings necessary to obtain and preserve final judicial approval of this Settlement Agreement).

Plaintiff is authorized to state that Defendant Loancare, LLC does not oppose this Motion. Grounds for this Motion are set forth in the accompanying Memorandum. Attached to this Motion are the following exhibits:

Exhibit A: Class Settlement and Release Agreement and Exhibits

Exhibit B: Declaration of Patricia M. Kipnis

Proposed Order Granting Motion for Preliminary Approval

Respectfully Submitted,

*s/ Jonathan R. Marshall*
Jonathan R. Marshall (WVSB #10580)
Bailey & Glasser LLP
209 Capitol Street
Charleston, WV 25301
(304) 345-6555

Patricia M. Kipnis (WVSB #12896)
Bailey & Glasser LLP
923 Haddonfield Road
Suite 300
Cherry Hill, New Jersey 08002
pkipnis@baileyglasser.com

Jed R. Nolan (W. Va. Bar #10833)
Nolan Consumer Law, PLLC
jed@protectwvconsumers.com
P. O. Box 654
Athens, WV 24712
304-207-0066

Jason E. Causey (WV Bar # 9482)
Bordas & Bordas, PLLC
1358 National Road
Wheeling, WV 26003
(304) 242-8410

Email:  jcausey@bordaslaw.com

Eric J. Buckner (WV Bar # 9578)
Katz, Kantor & Stonestreet & Buckner, PLLC
207 South Walker Street
Princeton, WV 24740
(304) 431-4050
Email:  ebuckner@kksblaw.com

*Counsel for Plaintiff*