# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT BECKLEY

**KRISTIE SIX**, on behalf of herself and all others similarly situated,

    *Plaintiff*,

v.                                                                                                                         Case No. 5:21-cv-00451

**LOANCARE, LLC**

    *Defendant*

## PLAINTIFF'S MOTION FOR FINAL APPROVAL OF SETTLEMENT, ATTORNEY'S FEES AND EXPENSES, AND SERVICE AWARD

Plaintiff Kristie Six, by counsel and on behalf of the conditionally certified class, hereby respectfully submits her Motion for Final Approval of Settlement, Attorneys' Fees and Costs, and Service Award. Plaintiff respectfully requests that the Court enter the parties' proposed Final Approval Order and Judgment:[1]

    (1)    Pursuant to Fed. R. Civ. P. 23(e), determining that the Settlement is fair, adequate, and reasonable and granting final approval in all respects of the terms and provisions of the Class Settlement and Release Agreement (ECF No. 60-1) ("Settlement Agreement"), which the Court preliminarily approved by Order entered on July 14, 2022 (ECF No. 63);

    (2)    Finally certifying the Settlement Class for settlement purposes only;

    (3)    Determining that the Notice Provided to the Settlement Cass satisfied Due Process requirements;

---

[1] Capitalized terms not otherwise defined herein have the same meaning as in the Parties' Settlement Agreement.

(4)    Awarding Plaintiff and Class Representative Kristie Six a service award of $15,000 in recognition of her service to the class;

(5)    Awarding Class Counsel their attorneys' fees from the settlement fund in the amount of $1,500,000.00, which represents one-third of the settlement fund;

(6)    Awarding Class Counsel their litigation expenses from the settlement fund in the amount of $4,624.61;

(7)    Awarding the Settlement Administrator its administrative costs and fees from the settlement fund;

(8)    Dismissing on the merits and with prejudice the class and individual claims in this action without costs to Defendant LoanCare, LLC ("Defendant" or "LoanCare");

(9)    Barring and enjoining Plaintiff and all Settlement Class Members and anyone claiming through or on behalf of any of them from commencing, instituting, asserting, or continuing to prosecute any action or proceeding in any court of law or equity, arbitration tribunal, administrative forum, or other forum of any kind, any of the Released Claims against any of the Released Persons, including during the pendency of any appeal from the Final Approval Order and Judgment;

(10)    Releasing the Released Parties from the Released Claims;

(11)    Finding that LoanCare provided proper and timely notice of the Settlement Agreement to the appropriate federal and state officials, pursuant to the Class Action Fairness Act ("CAFA"), 28 U.S.C. §1715 and that the Court reviewed the substance of the notice and finds that it complied with the applicable CAFA requirements; and

(12)    Retaining jurisdiction over this action for the purpose of interpretation and enforcement of the Settlement Agreement, including oversight of settlement administration and distribution of settlement funds.

Defendant does not oppose this motion. A proposed order granting final approval is attached. The Court has scheduled a final approval hearing for October 28, 2022.

WHEREFORE, Plaintiff requests that this Court grant this motion and enter a final order pursuant to the terms set forth above.

        Respectfully submitted,

        Plaintiff,
        By Counsel.

*/s/ Jonathan R. Marshall*
Jonathan R. Marshall (WVSB #10580)
Bailey & Glasser LLP
209 Capitol Street
Charleston, WV 25301
jmarshall@baileyglasser.com
(304) 345-6555

Patricia M. Kipnis (WVSB #12896)
Bailey & Glasser LLP
923 Haddonfield Road
Suite 300
Cherry Hill, New Jersey 08002
pkipnis@baileyglasser.com

- and -

Jason E. Causey (WV State Bar #9482)
BORDAS & BORDAS, PLLC
106 East Main Street
St. Clairsville, OH 43950
(740) 695-8141
jcausey@bordaslaw.com